UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAMON JONES individually and on behalf of all
others similarly situated,

                        Plaintiffs,

     -against-

BELLEVILLE BOOT MANUFACTURING
COMPANY.

                        Defendant.
------------------------------------------------------------------X

Case No. 23-cv-5580

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: September 6th, 2023

New York, New York

| MARS KHAIMOV LAW, PLLC | JACKSON LEWIS P.C. |
|---|---|
| By: _____ | By: _____ |
| Mars Khaimov, Esq. | 666 Third Avenue |
| 100 Duffy Avenue, Suite 510 | 29th Floor |
| Hicksville, New York 11801 | New York, NY 10017 |
| Tel.: 929.324.0717 (direct) | Direct: (212) 545-4012 |
| mars@khaimovlaw.com | Sydney.Mendelsohn@jacksonlewis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED: _____
                Hon. Katherine Polk Failla
                United States District Judge

Dated: September 7, 2023
New York, New York